# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| PAM BELL, an individual, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 3:22-cv-00111 ) |
| AGREE CENTRAL, LLC, | ) ) |
| Defendant. | ) ) ) |

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, Pam Bell ("Plaintiff"), by and through her undersigned counsel, and hereby submits this Notice of Settlement with respect to Plaintiff's Complaint against Defendant, and state that Plaintiff and Defendant have reached resolution with regard to the instant case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon finalization of the same, the Parties will immediately file the appropriate dismissal documents with the Court.

Respectfully submitted this August 30, 2022:

>/s/Rebecca J. Hutto_____
Rebecca J. Hutto, BPR 39252
Wampler, Carroll, Wilson & Sanderson, P.C.
208 Adams Ave.
Memphis, TN 38103
Tel: 901-523-1844
Rebecca@wcwslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of August, 2022, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to all counsel of record.

> */s/Rebecca J. Hutto*