IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

PAM BELL,

    Plaintiff,

v.                                Case No.: 3:22-cv-00116

AGREE CENTRAL LLC,

    Defendant.

## STIPULATION OF DISMISSAL

The parties state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 20th day of October, 2022.

                              RESPECTFULLY SUBMITTED;

                              */s/ Rebecca J. Hutto*
                              REBECCA J. HUTTO #39252
                              Attorney for Plaintiff
                              208 Adams Avenue
                              Memphis, Tennessee 38103
                              (901) 523-1844 – phone
                              (901) 523-1857 – fax
                              rebecca@wcwslaw.com

/s/ Alan B Easterly

Alan B Easterly
Leitner Williams Dooley Napolitan, PLLC
200 W. Martin Luther King Boulevard
Tallan Building, Suite 500
Chattanooga, TN 37402
423-424-3905
Fax: 423-308-0905
alan.easterly@leitnerfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 20th day of October, 2022, the foregoing document is being served this day on the individuals identified on the Service List via transmission of electronic mail.

*/s/ Rebecca J. Hutto*